# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**RENE PROCHET,**

              **Plaintiff,**

**-vs-**                                                    Case No. 6:06-cv-668-Orl-31DAB

**L-3 COMMUNICATIONS CORPORATION,**

              **Defendant.**
_____

## ORDER

This cause comes before the Court on Joint Motion to Approve Settlement (Doc. No. 17) filed October 2, 2006.

On October 26, 2006, the United States Magistrate Judge issued a report (Doc. No. 20) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Joint Motion to Approve Settlement is **GRANTED**, and the parties are ordered to comply therewith.

3. This case is dismissed with prejudice and the clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 17th day of November, 2006.

Copies furnished to:

Counsel of Record
Unrepresented Party

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE